531 A.2d 424

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**James E. HUGNEY, Sr., Respondent.**

Supreme Court of Pennsylvania.

Oct. 5, 1987.

---

564

## ORDER

Prior report: 361 Pa.Super. 634, 517 A.2d 1364.

PER CURIAM.

The petition for allowance of appeal is granted, the order of the Superior Court is vacated, and this case is remanded to that court for reconsideration in light of our decision in *Commonwealth v. Gillespie,* 512 Pa. 349, 516 A.2d 1180 (1986).